**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. __06 mj 118__

_Herbert Callies_

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY         STATE         ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____    _____
                                  DEFENDANT'S SIGNATURE

_Amended 36CFR 4.2/ CVC 23153(a)_
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:
_One day custody w/ credit for one day served_
(✗) Fine: $ __1480.00__ and a penalty assessment of $ __20.00__ for a TOTAL AMOUNT OF: $ __1500.00__ within _____ days/months; or payments of $ __200.00__ per month, commencing __1-5-07__ and due on the __5th__ of each month until paid in full.
( ) Restitution: _____
( )   Community Service _____ with fees not to exceed $ _____
      completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              ~~CLERK, USDC~~           **CLERK, USDC** (circled)
CENTRAL VIOLATIONS BUREAU (SA)    ~~1130 O STREET, RM 5000~~ 501 "I" STREET
POST OFFICE BOX 740026            ~~FRESNO, CA 93721~~      SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: __12-5-06__          _William M. Wunderlich_
                           U.S. MAGISTRATE JUDGE _by Johnson_

_12 months Probation_
Clerk's Office
_Abstain from use of controlled Sub when in Yosemite_

EDCA-3